IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Robert Gregory Ketter, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00734 |
| v. | : | Judge Watson |
| City of Newark, Ohio, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## ORDER

The parties' October 10, 2012 unopposed motion to extend the time for

defendants to respond to plaintiff's motion to compel discovery until October 23, 2012

(doc. 50) is GRANTED.


s/ Mark R. Abel_____
United States Magistrate Judge