IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Robert Gregory Ketter, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00734 |
| v. | : | Judge Watson |
| City of Newark, Ohio, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## ORDER

Plaintiff's June 27, 2013 motion to vacate the scheduling order (doc. 71) is GRANTED. The Court will issue a new scheduling order when it rules on defendants' motion to reconsider. The Clerk of Court is DIRECTED to remove document 70 from the pending motions list.

s/Mark R. Abel
United States Magistrate Judge